1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10
11
KEVIN BRYANT,                                    NO. EDCV 13-687-VAP (AGR)

12
          Petitioner,

13
                    v.

14
MATTHEW CATE,                                   ORDER ACCEPTING FINDINGS
                                                 AND RECOMMENDATION OF
15
          Respondent.                            UNITED STATES MAGISTRATE
                                                 JUDGE
16
17
18
19
          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

20
records on file herein, and the Report and Recommendation of the United States

21
Magistrate Judge.  Petitioner has not filed any Objections to the Report.  The

22
Court accepts the findings and recommendation of the Magistrate Judge.

23
          IT IS ORDERED that judgment be entered denying the Petition and

24
dismissing this action with prejudice.

25
26
DATED: _March 23, 2015                   _____

27
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge

28