UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRYANT,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MATTHEW CATE,<br><br>　　　　　　Respondent. | NO. EDCV 13-687-VAP (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 23, 2015　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge